**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO VICENTE RUBIO, | Case No. 1:21-cv-00286-DAD-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER |
| v. | |
| CITY OF VISALIA, et al., | (ECF No. 36) |
| Defendants. | |

This action was filed on March 1, 2021. (ECF No. 1.) On September 10, 2021, a scheduling order issued. (ECF No. 24.) No trial date is currently set in this matter, and no modifications to the scheduling order have been entered. On April 5, 2022, the parties filed a stipulation requesting discovery deadlines be extended for a period of approximately seven months. (ECF No. 36.) The parties proffer that good cause exists for the extension "because there is substantial additional discovery yet to be completed on both sides." (Id. at 1.) The parties also proffer that an extension will not impact the pretrial conference date.

The Court notes that it expects the parties to provide additional information demonstrating specific good cause when an extension of this length of time is requested. Nonetheless, given the parties submitted their stipulation more than 30 days prior to the expiration of the nonexpert discovery deadline, this is the first requested extension, and no trial date is set, the Court shall grant the parties' request. Further, while the parties state the pretrial

1

conference date will not be impacted, the pretrial conference date in fact must be extended significantly to allow time for the District Judge to adjudicate any dispositive motions prior to the pretrial conference.

Additionally, the stipulation requests a status conference be set on or around December 6, 2022. However, the parties proffer no reason for the necessity of such conference. The Court shall decline to set the conference at the time. However, the parties may contact the Courtroom Deputy Clerk Victoria Gonzales at vgonzales@caed.uscourts.gov or (559) 499-5672, in order to set an informal conference if the need for one presents itself.

Accordingly, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. Nonexpert Discovery Deadline: January 13, 2023;
2. Expert Disclosure Deadline: January 27, 2023;
3. Supplemental Expert Disclosure Deadline: February 17, 2023;
4. Expert Discovery Deadline: March 3, 2023;
5. Dispositive Motion Filing Deadline: March 24, 2023; and
6. Pretrial Conference: November 20, 2023, at 1:30 p.m. in Courtroom 5.

All other dates and aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **April 6, 2022**

UNITED STATES MAGISTRATE JUDGE