# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO VICENTE RUBIO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VISALIA, et al.,<br><br>    Defendants. | Case No.  1:21-cv-00286-SAB<br><br>ORDER FOLLOWING STATUS CONFERENCE, VACATING ALL DATES, AND SETTING FURTHER STATUS CONFERENCE |

On March 29, 2023, an informal status conference was held in this matter.  (ECF No. 46.) Counsel Emily Barbour appeared by videoconference for Plaintiffs.  Counsel Caren Curtiss appeared by videoconference for Defendants.  During the conference, the parties discussed discovery deadlines and the related criminal case.  The matters was off the record.

Following the informal conference, IT IS HEREBY ORDERED THAT:

1.    All pending matters and dates are VACATED; and

///
///
///
///
///
///

1

2. A further informal status conference is set for **May 22, 2023**, at **11:30 a.m.**, in **Courtroom 9**.

IT IS SO ORDERED.

Dated:   **March 29, 2023**

UNITED STATES MAGISTRATE JUDGE