# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO VICENTE RUBIO, | Case No. 1:21-cv-00286-SAB |
| Plaintiff, | ORDER FOLLOWING STATUS CONFERENCE AND REQUIRING THE PARTIES TO SUBMIT JOINT SCHEDULING REPORT OR SCHEDULE FURTHER STATUS CONFERENCE |
| v. | |
| CITY OF VISALIA, et al., | |
| Defendants. | (ECF No. 48) |
| | **THREE AND FOURTEEN DAY DEADLINES** |

On March 29, 2023, an informal status conference was held in this matter. (ECF No. 46.) Following the informal conference, the Court issued an order vacating all dates, and set a further status conference for May 22, 2023. (ECF No. 48.) On May 22, 2023, the Court held the status conference. Caren Curtiss appeared on behalf of Defendants. No appearance was made on behalf of Plaintiff. The matter was held off the record. Given the discussion, the Court is concerned that the California state court matter is not going to conclude in a timely fashion to allow for discovery to properly proceed in this action.

The Court shall order the parties to meet and confer, and submit a joint scheduling report. Alternatively, if Plaintiff's counsel wishes to have a further informal status conference, the parties shall contact the Courtroom Deputy within three (3) days to schedule a further status conference.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The parties shall meet and confer, and submit a joint scheduling report within fourteen (14) days of entry of this order; and

2. If Plaintiff would like to hold a further status conference, the parties shall contact the Courtroom Deputy within three (3) days to schedule such conference.

IT IS SO ORDERED.

Dated:   **May 22, 2023**

UNITED STATES MAGISTRATE JUDGE