# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO VICENTE RUBIO,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF VISALIA, et al.,<br><br>　　　　Defendants. | Case No.  1:21-cv-00286-SAB<br><br>ORDER REQUIRING PARTIES TO FILE A STATUS REPORT<br><br>(ECF No. 57, 58, 60, 61)<br><br>**DEADLINE: NOVEMBER 14, 2023** |

On October 31, 2023, Plaintiff filed an *ex parte* application to modify the scheduling order to extend the deadlines for (1) non-expert discovery; (2) expert disclosure; and (3) supplemental expert disclosure. (ECF No. 57).  On October 31, 2023, the Court ordered that Defendants file a response within seven days and, if Defendants filed an opposition, the Court granted Plaintiff three days to file a reply.  (ECF No. 58.)

On November 7, 2023, Defendants filed an opposition to Plaintiff's *ex parte* application to modify the scheduling order.  (ECF No. 60.)  On November 9, 2023, Plaintiff filed a reply. (ECF No. 61.)  However, in his reply, Plaintiff's legal argument concluded with a note stating "[a] phone call is set-up to potentially touch on these issues on this coming Monday."  (Id. at 4.) In light of Plaintiff's comment regarding the parties' planned telephonic meet and confer on Monday, November 13, 2023 wherein the parties will "potentially touch on" Plaintiff's pending *ex parte* application to modify the scheduling order, the Court orders that the parties file a status

report specifically addressing the outcome of the parties' November 13, 2023 phone call.

Accordingly, IT IS HEREBY ORDERED that the parties file a status report no later than **November 14, 2023**, specifically addressing the outcome of the parties' November 13, 2023 phone call and whether any issues remain from Plaintiff's *ex parte* application to modify the scheduling order that require an order from the Court.

IT IS SO ORDERED.

Dated:  **November 13, 2023**

UNITED STATES MAGISTRATE JUDGE