# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO VICENTE RUBIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VISALIA, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00286-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>(ECF Nos. 66, 70) |

On December 29, 2023, Defendants filed a motion for judgment on the pleadings. (ECF No. 66.) The hearing on the motion has been continued until February 14, 2024. (ECF No. 69.) On January 5, 2024, the parties filed a stipulated request to modify the briefing schedule on the motion due to counsel's unavailability. (ECF No. 70.) The Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the briefing schedule on the Defendants' motion for judgment on the pleadings (ECF No. 70) is GRANTED;

2. Plaintiff shall file the opposition to the Defendants' motion for judgment on the pleadings on or before January 19, 2024; and

///

///

3. Defendants shall file any reply on or before February 5, 2024.

IT IS SO ORDERED.

Dated: **January 5, 2024**

UNITED STATES MAGISTRATE JUDGE