# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO VICENTE RUBIO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VISALIA, et al.,<br><br>Defendants. | Case No. 1:21-cv-00286-SAB<br><br>ORDER VACATING APRIL 24, 2024 HEARING ON DEFENDANTS' MOTION FOR RECONSIDERATION<br><br>(ECF Nos. 78, 80) |

A hearing is currently set for April 24, 2024, regarding Defendant's motion for reconsideration of the Court's March 1, 2024 order on Defendants' motion for judgment on the pleadings. (ECF Nos. 78, 80.)  Having considered the parties' briefing, the Court finds this matter suitable for decision without oral argument and shall vacate the hearing set for April 24, 2024.

Accordingly, IT IS HEREBY ORDERED that the hearing regarding Defendants' motion for reconsideration set for April 24, 2024, at 10:00 a.m. in Courtroom 9, is VACATED and shall be taken under submission.

IT IS SO ORDERED.

Dated:   **April 23, 2024**

UNITED STATES MAGISTRATE JUDGE