# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO VICENTE RUBIO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VISALIA, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00286-SAB<br><br>ORDER SETTING INFORMAL STATUS CONFERENCE FOR MAY 24, 2024<br><br>(ECF Nos. 85, 87) |

On April 25, 2024, the Court issued an order requiring the parties to meet and confer and file by May 15, 2024 a joint status report that includes three potential trial dates for trial beginning in or soon after October 2024 and the parties' estimated number of trial days. (ECF No. 85 at 14.)

On May 15, 2024, Plaintiff filed a joint status report. (ECF No. 87.)[1] Therein, the parties proposed the following trial dates: April 1, April 8, and April 15, 2025. (Id.) The parties estimate that the trial will last between 5 and 7 days, inclusive of jury selection and pre-trial motion work. (Id.)

The parties have noted the prolonged nature of this case in recent filings and oral argument. The Court is therefore prepared to accommodate the parties and prioritize a trial in this action to occur "beginning in or soon after October 2024." (ECF No. 85 at 14.) The Court

---

[1] Plaintiff filed two documents entitled "joint status report." However, it appears the only difference between the documents is the initial omission and subsequent inclusion of a stipulation by counsel for Defendants. (Compare ECF No. 86 with ECF No. 87.) Accordingly, all references to the joint status report shall be to ECF No. 87.

does not find good cause to set trial for April 2025. Accordingly, the Court shall order that the parties appear at an informal status conference and be prepared to propose trial dates beginning in or soon after October 2024 but no later than December 31, 2024. Also, based upon the nature of the case and the claims remaining this trial appears to less trial days than estimated by the parties.

Accordingly, IT IS HEREBY ORDERED that the parties appear for an informal status conference on **May 24, 2024, at 10:00 a.m. in Courtroom 9 and be prepared to discuss a trial date this year**.

IT IS SO ORDERED.

Dated:   **May 21, 2024**

UNITED STATES MAGISTRATE JUDGE

2