# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO VICENTE RUBIO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VISALIA, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00286-SAB<br><br>ORDER FOLLOWING INFORMAL STATUS CONFERENCE SETTING TRIAL DATES |

The Court held an informal status conference in this matter on May 24, 2024. Counsel Vincent DeSimone appeared by video on behalf of Plaintiff and Leonard Herr appeared by video on behalf of Defendants.

Following discussions off the record, this action was set for jury trial on **December 10, 2024 at 8:30 a.m.** in Courtroom 9 before Magistrate Judge Stanley Boone. <u>The parties are advised that the jury trial date is firm, and no extensions of time will be granted, absent extraordinary circumstances.</u> The parties also agreed to a briefing schedule for motions in limine.

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The pretrial conference is set for **November 1, 2024 at 9:30 a.m.** in Courtroom 9;[1]
2. The motion in limine hearing is set for **December 3, 2024 at 10:00 a.m.** in Courtroom 9.  The briefing schedule for motions in limine is as follows:
   a. Motions are due on **November 12, 2024**;
   b. Any oppositions are due on **November 26, 2024**; and
4. This case is set for jury trial on **December 10, 2024 at 8:30 a.m.** in Courtroom 9 before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **May 24, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[1] As noted at the informal conference, the parties may appear for the pretrial conference and motion in limine hearing via videoconference.