# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO VICENTE RUBIO,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF VISALIA, et al.,<br><br>  Defendants. | Case No. 1:21-cv-00286-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN TWENTY ONE DAYS<br><br>(ECF No. 93) |

On October 3, 2024, a notice of settlement was filed informing the Court that the parties reached a settlement resolving this action. (ECF No. 91.) The Court ordered that the parties file dispositional documents within forty-five days. (ECF No. 92.)

On November 15, 2024, Plaintiff filed a status report informing the Court that Plaintiff signed the settlement agreement on October 14, 2024 and Defendants signed the agreement on October 22, 2024. (ECF No. 92.) However, because Plaintiff has not yet received settlements funds, Plaintiff requests that the Court extend the deadline to file dispositional documents by an additional forty-five days.

The parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, dismissal is not dependent on performance but rather settlement of the action. Here, Plaintiff proffers the parties fully executed a settlement agreement on October 22, 2024. The instant request fails to establish good cause to extend the deadline to file dispositional documents to *perform* the executed settlement agreement.

1

However, the Court shall extend the deadline to file dispositional documents by an additional twenty-one days. Any further requests for extensions must be supported by good cause.

Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositional documents within **twenty-one (21) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **November 18, 2024**

STANLEY A. BOONE
United States Magistrate Judge